

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2023

September 29, 2023

<u>VIA ECF</u>
Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

      Re:    *National Organization for Women-New York City v.*
              *U.S. Department of Defense*, et al., 23 Civ. 6750 (VEC)

Dear Judge Caproni:

      This Office and the Department of Justice's Civil Division represent defendants U.S. Department of Defense ("DoD") and U.S. Department of Veterans Affairs ("VA") (together, the "Government") in the above-referenced action commenced by plaintiff National Organization for Women-New York City ("Plaintiff"), which challenges certain DoD and VA policies relating to the provision of in vitro fertilization services to active service members and veterans.  We write respectfully to request: (1) an 80-day extension of the Government's October 10, 2023 deadline to file an answer or otherwise respond to the complaint; (2) an 85-day extension of the parties' October 12, 2023 deadline to submit a joint pre-initial conference letter, *see* Dkt. No. 9; and (3) an adjournment of the initial conference scheduled for October 20, 2023, at 10:00 a.m., *id.*, as set forth below:

|  | **Current Deadline/Date** | **Proposed Deadline/Date** |
|---|---|---|
| Government's Answer | October 10, 2023 | January 8, 2024 |
| Joint Pre-Initial Conference Letter | October 12, 2023 | January 11, 2024 |
| Initial Conference | October 20, 2023, at 10:00 a.m. | January 19, 2024, or another date and time convenient for the Court and the parties |

      These extensions and the adjournment are requested to allow DoD and VA additional time to review the policies that are the subject of this lawsuit.  This is the Government's first request for extensions of time to respond to the complaint and to file a joint pre-initial conference letter, and for an adjournment of the initial pre-trial conference.  Plaintiff consents to this request.

We thank the Court for its consideration of this request.

>Respectfully submitted,
>
>DAMIAN WILLIAMS
>United States Attorney for the
>Southern District of New York
>
>By: _/s/ Tomoko Onozawa_
>TOMOKO ONOZAWA
>Assistant United States Attorney
>Telephone: (212) 637-2721
>Facsimile: (212) 637-2717
>E-mail: tomoko.onozawa@usdoj.gov

cc:   All Counsel of Record (via ECF)

---

Application GRANTED. The Government's deadline to answer the complaint is extended from Tuesday, October 10, 2023, to **Monday, January 8, 2024**. The parties' deadline to submit a joint pre-conference letter and accompanying proposed case management plan is extended from Thursday, October 12, 2023, to **Thursday, January 11, 2024**. The Initial Pretrial Conference is adjourned from Friday, October 20, 2023, at 10:00 A.M. to **Friday, January 19, 2024 at 10:00 A.M.**

SO ORDERED.

*[signature: Valerie Caproni]*   9/29/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE