USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL ORGANIZATION FOR WOMEN - NEW YORK CITY

V.

UNITED STATES DEPARTMENT OF DEFENSE, and UNITED STATES DEPARTMENT OF VETERANS AFFAIRS

No. 23-CV-6750 (VEC)

LAW STUDENT INTERN APPEARANCE FORM

1. Law Student Certification

   I certify that:

   (a) I am duly enrolled in __Yale__ law school in accordance with part (c)(1) of the Student Practice Rule of the Southern District of New York.
   (b) I am receiving no compensation from the client in accordance with part (c)(6) of the Student Practice Rule of the Southern District of New York.
   (c) I am familiar and will comply with the Code of Professional Responsibility of the American Bar Association.
   (d) I am familiar with the federal procedural and evidentiary rules relevant to the action in which I am appearing.

   __20 September 2023__                __Donovan Bendana__ Digitally signed by Donovan Bendana Date: 2023.09.20 13:21:40 -04'00'
   (date)                                (Signature of Student)

                                         __Donovan C. Bendana__
                                         (Print Name)

2. Certification of Law School Dean or Authorized Designee

   I certify that this student:

   (a) has completed at least two semesters of law school work and is a participant in an approved clinical program;
   (b) is qualified, to the best of my knowledge, to provide the legal representation permitted by this rule, and
   (c) that __Priscilla Smith__, who will serve as supervising attorney, is a participant in a clinical program approved by this school.

   __21 September 2023__                __Heather K Gerken__ Digitally signed by Heather K Gerken Date: 2023.09.22 12:05:35 -04'00'
   (date)                                (Signature of Dean or Authorized Designee)

   __Heather K. Gerken__                 __Dean of Yale Law School__
   (Print Name)                          (Position of Above)

3. Consent of Supervising Attorney

As a member of the bar of the United States District Court for the Southern District of New York, I will:

(a) assume personal professional responsibility for this student's work;
(b) assist this student to the extent necessary;
(c) authorize this student to appear in court or at other proceedings, and to prepare documents, and
(d) appear with this student in all proceedings before the Court.

| 09/21/2023 | Smith, Priscilla *Digitally signed by Smith, Priscilla Date: 2023.09.21 15:22:29 -04'00'* |
|---|---|
| (date) | (Signature of Attorney) |

Priscilla Smith
(Print Name)

4. Consent of Client or United States Attorney

I authorize this student:

(a) to appear in court or at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the United States District Court, Southern District of New York, Student Practice Rule.

| | *Sonia Ossorio* |
|---|---|
| (date) | ~~(Signature of Attorney)~~ |

Sonia Ossorio, Executive Director, NOW-NYC
(Print Name)

(If more than one client is involved, approvals from each shall be attached. If a class action is involved, approvals from named plaintiffs shall be attached.)

5. Consent of Judge

I authorize this student:

(a) to appear in court or other proceedings on behalf of the above client, and
(b) to prepare documents on behalf of the above client.

| 9/29/2023 | *Valerie Caproni* |
|---|---|
| (date) | (Signature of Judge) |

Hon. Valerie E. Caproni
(Print Name)