UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL ORGANIZATION FOR WOMEN-NEW YORK CITY,<br><br>                    Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, and UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>                    Defendants. | 23 Civ. 6750 (VEC) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Defendants' Memorandum of Law in Support of Motion to Dismiss, defendants United States Department of Defense and United States Department of Veterans Affairs, by and through undersigned counsel, hereby move this Court for an order dismissing with prejudice the Complaint in its entirety pursuant to Rule 12(b)(1), or, in the alternative, in part pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 6.1(b), opposition papers, if any, shall be served on or before February 9, 2024, and reply papers, if any, shall be served on or before February 16, 2024.

Dated:  New York, New York
        January 26, 2024

2

| | |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney<br>General | DAMIAN WILLIAMS<br>United States Attorney for the<br>Southern District of New York |
| JULIE STRAUS HARRIS<br>Assistant Branch Director | By: */s/ Tomoko Onozawa*<br>TOMOKO ONOZAWA<br>Assistant United States Attorney |
| *By:*  /s/ *Laura B. Bakst*<br>LAURA B. BAKST<br>KUNTAL CHOLERA<br>1100 L Street, NW<br>Washington, DC 20005<br>Phone: (202) 514-3183<br>E-mail: laura.b.bakst@usdoj.gov<br>         kuntal.cholera@usdoj.gov | 86 Chambers Street, Third Floor<br>New York, New York 10007<br>Telephone:  (212) 637-2721<br>Facsimile:   (212) 637-2686<br>E-mail: tomoko.onozawa@usdoj.gov |