USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
NATIONAL ORGANIZATION FOR WOMEN-  :
NEW YORK CITY,                                        :
                                                                        :
                                        Plaintiff,         :
            -against-                                          :        23-CV-6750 (VEC)
                                                                        :
UNITED STATES DEPARTMENT OF        :        ORDER
DEFENSE, and UNITED STATES             :
DEPARTMENT OF VETERANS AFFAIRS, :
                                                                        :
                                                                        :
                                        Defendants.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 26, 2024, Defendants filed a motion to dismiss all claims that have not been stayed, Dkts. 35-36;

WHEREAS the parties appeared for an Initial Pretrial Conference (the "Conference") on February 2, 2024; and

WHEREAS at the Conference, Plaintiff stated its intention to file an amended complaint as of right in response to the motion to dismiss;

IT IS HEREBY ORDERED that Plaintiff must file its amended complaint not later than **Friday, February 9, 2024**. Per the Undersigned's Individual Practices 4(E)(i), Plaintiff must attach as an exhibit to its amended complaint a redline showing the revisions made to the prior version of the pleading.

IT IS FURTHER ORDERED that Defendants' deadline to answer or otherwise respond to the amended complaint is **Friday, March 8, 2024**. If Defendants move to dismiss the

amended complaint, Plaintiff's deadline to respond is **Friday, April 5, 2024**, and Defendants' deadline to reply is **Friday, April 19, 2024**.

**SO ORDERED.**

Date:  February 2, 2024
       New York, New York

                                          **VALERIE CAPRONI**
                                          **United States District Judge**