# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2024

February 20, 2024

**VIA ECF**
**The Honorable Valerie E. Caproni**
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *NOW-NYC v. U.S. Dept. of Def.*,
No. 23-CV-6750 (VEC)

Dear Judge Caproni:

Plaintiff writes respectfully to request leave for first-year law student Mira Ortegon to appear on behalf of NOW-NYC under the supervision of attorneys Michael J. Wishnie and Natalia Friedlander of the Jerome N. Frank Legal Services Organization at Yale Law School ("LSO"). The Plan for Student Practice in Civil Actions in the Southern District of New York ("Plan for Student Practice") requires that a law student has completed "legal studies amounting to at least two semesters." Plan for Student Practice at 3(c). Mira Ortegon is currently enrolled in her second semester of coursework at Yale Law School and satisfies all other requirements. *See* Exhibit A. Plaintiff respectfully requests that this Court waive the two-semester requirement, such that Ms. Ortegon may be permitted to appear in this matter. Defendants do not oppose this motion.

Plaintiff is represented *pro bono* by law students under faculty supervision. Law student Ortegon is currently enrolled in the Veterans Legal Services Clinic (VLSC), a course in a supervised clinical program for academic credit and a clinic within LSO. She will appear under the supervision of Attorneys Wishnie and Friedlander, who satisfy the requirements of this Court's student practice requirements. Close supervision would ensure competent and ethical representation of the client, who affirmatively endorses this request.

The Second Circuit has waived semester requirements for law student interns. *See Rodriguez v. Mayorkas,* No. 23-435, ECF No. 93 (requesting leave for law student to appear before completing four semesters of studies) (2d Cir. Oct. 20, 2023), ECF No. 100 (2d Cir. Oct. 24, 2023) (order granting leave); *Doe v. U.S.*, No. 18-185, ECF No. 30-1 (2d Cir. Apr. 9, 2018) (requesting leave for three law student interns to appear before completing four semesters of studies), ECF No. 34 (2d Cir. Apr. 12, 2018) (order granting leave); *Vidal v. Nielsen,* No. 18-485, ECF No. 148 (2d Cir. Apr. 2, 2018) (waived semester requirements for two law students in their third semester of studies), ECF No. 580 (2d Cir. Dec. 3, 2018) (order granting leave); *Liberian Cmty. Assoc. of Conn. v. Malloy*, No. 17-1558, ECF No. 36-1 (2d Cir. July 5, 2017) (same, as to one law student intern in her third semester of studies), ECF No. 41 (2d Cir. July 7, 2017) (order granting leave); *Maldonado v. Holder*, No. 10-3259, ECF No. 371 (2d Cir. Dec. 19, 2013) (requesting leave for law student to present oral argument before completing four semesters of studies), ECF No. 403 (2d Cir. Apr. 4, 2014) (order granting leave).

Other district courts in the Second Circuit have also waived semester requirements for law student interns. *See Johnson v. Kendall,* No. 3:21-cv-01214-CSH, ECF No. 86 (D.Conn. Mar. 3, 2023) (requesting leave to appear for law student in second semester of studies), ECF No. 87 (D.Conn. Mar. 9, 2023) (granting leave); *Perea et al. v. Industrial Pallet, LLC et al.*, No. 3:21-cv-00533-MPS, ECF No. 56 (D.Conn. Mar. 1, 2022) (requesting leave to appear for law student in second semester of studies), ECF No. 57 (D.Conn. Mar. 2, 2022) (granting leave); *Am. Fed'n of State, Cnty. and Mun. Emps. Council 4 v. Garland*, No. 3:21-cv-01524-SRU, ECF No. 27 (D. Conn. Feb. 15, 2022) (requesting leave to appear on behalf of two law students in their second semester of studies), ECF No. 36 (D. Conn. Mar. 1, 2022) (order granting leave for two law student interns to appear); *Olson v. Mayorkas*, No. 3:21-cv-01631-VLB, ECF No. 30 (D. Conn. Feb. 12, 2022) (same, as to one law student in her second semester of studies), ECF No. 31 (D. Conn. Feb. 15, 2022) (order granting leave); *Manker v. Harker*, No. 3:18-cv-00372-CSH, ECF No. 157 (D. Conn. Feb. 16, 2021) (same, as to one law student in his second semester of studies), ECF No. 164 (D. Conn. Feb. 23, 2021) (order granting leave); *NAACP v. Merrill*, No. 3:18 cv-01094-JBA-PWH-JMW, ECF No. 69 (D. Conn. Feb. 24, 2020) (same, as to three law students in their second semester of studies), ECF No. 70 (D. Conn. Feb. 25, 2020) (order granting leave); *Kennedy v. McCarthy*, No. 3:16-cv-2010-CSH, ECF No. 141 (D. Conn. Feb. 18, 2020) (same, as to two law students in their second semester of studies), ECF No. 144 (D. Conn. Feb. 20, 2020) (order granting leave); *Wu v. Chang's Garden*, No. 3:08-cv-746-WWE, ECF No. 235 (D. Conn. Feb. 17, 2010) (same, as to two law students in their second semester of studies), ECF No. 238 (D. Conn. Feb. 18, 2010) (order granting leave).

Plaintiff respectfully requests that the Court grant Mira Ortegon leave to appear as a law student under the supervision of attorneys Michael J. Wishnie and Natalia Friedlander in the above-captioned matter. We thank the Court for its consideration of this request.

Respectfully submitted,

By: */s/ Michael J. Wishnie*
Natalie Geismar, Law Student Intern
K.N. McCleary, Law Student Intern
Renée Mihail, Law Student Intern
Mira Ortegon, Law Student Intern
Briana Thompson, Law Student Intern
Natalia Friedlander, Pro hac vice
Michael J. Wishnie, MW1952
Veterans Legal Services Clinic
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
(203) 432-4800
michael.wishnie@ylsclinics.org

> Application GRANTED. In light of the cited Second Circuit authority waiving the semester requirement, law student Mira Ortegon may appear in this case as a second-semester student. The Court will enter the signed appearance form by separate order.
>
> SO ORDERED.
>
> *[signature: Valerie Caproni]* 2/20/2024
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

cc: Tomoko Onozawa, Counsel for Defendants (via ECF)