USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL ORGANIZATION FOR WOMEN - NEW YORK CITY

V.

U.S. DEPT. OF DEFENSE, ET AL.

No. 23-CV-6750 (VEC)

LAW STUDENT INTERN
APPEARANCE FORM

1. Law Student Certification

    I certify that:

    (a) I am duly enrolled in  Yale  law school in accordance with part (c)(1) of the Student Practice Rule of the Southern District of New York.
    (b) I am receiving no compensation from the client in accordance with part (c)(6) of the Student Practice Rule of the Southern District of New York.
    (c) I am familiar and will comply with the Code of Professional Responsibility of the American Bar Association.
    (d) I am familiar with the federal procedural and evidentiary rules relevant to the action in which I am appearing.

    16 February 2024
    (date)

    Mira Ortegon  *Digitally signed by Mira Ortegon Date: 2024.02.16 07:50:31 -07'00'*
    (Signature of Student)

    Mira Ortegon
    (Print Name)

2. Certification of Law School Dean or Authorized Designee

    I certify that this student:

    (a) ~~has completed at least two semesters of law school work and~~ is a participant in an approved clinical program;
    (b) is qualified, to the best of my knowledge, to provide the legal representation permitted by this rule, and
    (c) that  Michael J. Wishnie and Natalia Friedlander , who will serve as supervising attorney, is a participant in a clinical program approved by this school.

    16 February 2024
    (date)

    Heather K. Gerken  *Digitally signed by Heather K.Gerken Date: 2024.02.16 08:05:37 -07'00'*
    (Signature of Dean or Authorized Designee)

    Heather K. Gerken
    (Print Name)

    Dean of Yale Law School
    (Position of Above)

3. Consent of Supervising Attorney

As a member of the bar of the United States District Court for the Southern District of New York, I will:

(a) assume personal professional responsibility for this student's work;
(b) assist this student to the extent necessary;
(c) authorize this student to appear in court or at other proceedings, and to prepare documents, and
(d) appear with this student in all proceedings before the Court.

| 16 February 2024 | Michael Wishnie (Digitally signed by Michael Wishnie, Date: 2024.02.16 08:17:36 -07'00') |
|---|---|
| (date) | (Signature of Attorney) |
| | Michael J. Wishnie |
| | (Print Name) |

4. Consent of Client or United States Attorney

I authorize this student:

(a) to appear in court or at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the United States District Court, Southern District of New York, Student Practice Rule.

| 16 February 2024 | Sonia Ossorio (Digitally signed by Sonia Ossorio, Date: 2024.02.16 08:27:25 -07'00') |
|---|---|
| (date) | (Signature of Client) |
| | Sonia Ossorio, Executive Director, NOW-NYC |
| | (Print Name) |

(If more than one client is involved, approvals from each shall be attached. If a class action is involved, approvals from named plaintiffs shall be attached.)

5. Consent of Judge

I authorize this student:

(a) to appear in court or other proceedings on behalf of the above client, and
(b) to prepare documents on behalf of the above client.

| 2/20/2024 | *[signature]* |
|---|---|
| (date) | (Signature of Judge) |
| | Hon. Valerie Caproni |
| | (Print Name) |