# EXHIBIT B

**DEPARTMENT OF VETERANS AFFAIRS (VA)**
**REPORT TO CONGRESS ON**
**FERTILITY TREATMENT DATA**

**Report Language -** In lieu of the reporting requirements and directives under the heading "Fertility Treatment Data" in House Report 117-81, the agreement directs the Department to provide a report within 180 days of enactment of this Act, and annually thereafter, regarding the fertility treatment and counseling furnished by VA over the past five fiscal years. The report should include the following: (I) the number of veterans who received fertility treatment or counseling furnished by the Department of Veterans Affairs, disaggregated by era of military service of such veterans; (2) the number of spouses of veterans who received fertility treatment or counseling furnished by the Department; (3) the cost to the Department of furnishing fertility treatment and counseling, disaggregated by cost of services and administration; (4) the average cost to the Department per recipient of fertility treatment and counseling; (5) in cases in which the Department furnished fertility treatment through the use of assisted reproductive technology, the average number of cycles per person furnished, disaggregated by type of treatment; (6) a description of how fertility treatment and counseling services of the Department are coordinated with similar services of the Department of Defense; and (7) the number of women veterans who are ineligible for in vitro fertilization treatment or other forms of assisted reproductive services currently provided by the Department for certain veterans, disaggregated by state of residence, race, age, and marital status. *Joint Explanatory Statement – Division J, accompanying P.L. 117-103, p. 29.*

**Discussion:**

This report is comprised of nine sections:

  I.    Overview
  II.   The Number of Veterans Who Received Fertility Treatment or Counseling Furnished by the Department of Veterans Affairs, Disaggregated by Era of Military Service of Such Veterans
  III.  The Number of Spouses of Veterans Who Received Fertility Treatment or Counseling Furnished by the Department
  IV.   The Cost to the Department of Furnishing Fertility Treatment and Counseling, Disaggregated by Cost of Services and Administration
  V.    The Average Cost to the Department per Recipient of Fertility Treatment and Counseling
  VI.   In Cases in Which the Department Furnished Fertility Treatment Through the Use of Assisted Reproductive Technology, the Average Number of Cycles Per Person Furnished Disaggregated by Type of Treatment
  VII.  A Description of How Fertility Treatment and Counseling Services of the Department are Coordinated with Similar Services of the Department of Defense
  VIII. The Number of Women Veterans Who are Ineligible for In Vitro Fertilization

Treatment or Other Forms of Assisted Reproductive Services Currently Provided by the Department for Certain Veterans, Disaggregated by State of Residence, Race, Age, and Marital Status

IX.   Conclusion

I.   **Overview**

VA is committed to promoting, preserving and restoring the health and well-being of all Veterans and VA beneficiaries, regardless of service connection, sexual orientation, gender identity, gender expression, race/ethnicity or relationship/marital status to the extent authorized by law. Infertility may adversely impact the mental health and quality of life of individuals able to reproduce without medical assistance. Infertility for persons younger than 35 with a uterus and ovaries is defined as the inability to conceive within 12 months through regularly occurring opposite-sex intercourse without the use of contraception. The time period is reduced to six months for those 35 or older. Veterans who do not engage in procreative sex (e.g., those who are single or in a relationship with an individual with same-sex gametes) may not receive a formal diagnosis of infertility but also require medical interventions to conceive.

Though the rates of infertility have not fluctuated significantly in the past several decades, the use of fertility counseling and treatment has increased over time. In the United States, 13.4% of people capable of pregnancy experience difficulty and are unable to get pregnant or carry a pregnancy to term.[1] Among this group, 12.2% of married individuals with the capacity for pregnancy aged 15–49 have sought fertility services.[2] The VA covers fertility counseling and treatment, such as intrauterine insemination (IUI), for all eligible and enrolled Veterans.  This includes those who are single and partnered, in opposite- and same-sex relationships and identify as cisgender and transgender. VA also provides fertility benefits for those eligible under the Civilian Health and Medical Program of the Department of Veterans Affairs (CHAMPVA), CHAMPVA In-house Treatment Initiative (CITI) and the Camp Lejeune Family Member Program (CLFMP).

In April 2012, the Department of Defense (DoD) issued a policy memorandum (DoD Policy) providing members of the Armed Forces who incur a serious injury or illness with assisted reproductive technology (ART), including in vitro fertilization (IVF). In September 2016, Congress passed P.L. 114-223, Continuing Appropriations and Military Construction, Veterans Affairs, and Related Agencies Appropriations Act, 2017, and Zika Response and Preparedness Act, authorizing VA to provide ART (including IVF) for certain eligible and enrolled Veterans with infertility caused by their service-connected condition(s) or treatment for their service-connected conditions. The VA

---

[1] Special Tabulation by National Center for Health Statistics. Key Statistics from the National Survey of Family Growth – I Listing. Centers for Disease Control and Prevention, US Department of Health and Human Services. 16 December 2022. Accessed 19 July 2023. https://www.cdc.gov/nchs/nsfg/key_statistics/i-keystat.htm

[2] *Ibid.*

benefit further provides coverage for fertility counseling and treatment to the spouses of such Veterans, including ART and all other fertility counseling and treatment available under the Medical Benefits Package, such as IUI. P.L. 114-223 requires VA to follow restrictions found in the 2012 DoD Policy that stipulate Veterans must be legally married for eligibility qualification and the use of donor eggs, sperm or embryos and gestational surrogacy are prohibited.

II. **The Number of Veterans Who Received Fertility Treatment or Counseling Furnished by the Department of Veterans Affairs, Disaggregated by Era of Military Service of Such Veterans**

From fiscal year (FY) 2018–22, a total of 12,995 Veterans received fertility counseling or treatment furnished by VA in the community (see Table 1). In the same timeframe, 46,568 Veterans received fertility and infertility counseling and/or minor treatment interventions, such as drawing blood or obtaining urine samples within VA medical facilities. Treatments provided in Table 2 are not provided within the VA system. Most of these Veterans served during the Gulf Region Conflict (1990 to present).

Table 1. The number of unique Veterans who received fertility treatment or counseling furnished by VA, both in VA medical facilities and in the community, by period of service,[3] FY 2018–22

| Period of Service | Number of Veterans | |
| --- | --- | --- |
| | Care in the Community[4] | VA Medical Facilities[5] |
| Korean Era | 3 | 0 |
| Vietnam Era | 344 | 260 |
| Gulf Region Conflict | 11,801 | 46,013 |
| Unknown | 847 | 439 |
| Total | 12,995 | 46,568 |

Note: Veterans from Korean and Vietnam Eras represent older Veterans with testes who wish to build families with younger partners with ovaries and uteri.

[3] Korean Era (1/1/1947–8/4/1964); Vietnam Era (8/5/1964–7/31/1990); and Gulf Region Conflict (8/1/1990– present).
[4] Source: Office of Community Care Informatics Team; data from Clinical Data Services (CDS), Fee Basis Cost System (FBSC), Financial Services Center (FSC), Spatient tables, and the IVF Repository pulled on 7/28/32. Patient data is based on current procedural terminology (CPT), Healthcare Common Procedure Coding System (HCPCS), and diagnosis codes. Data reflects the number of Veterans by period of service who received fertility treatments or counseling with claim paid dates from October 1, 2017 to September 30, 2022. For this year's report, we no longer have access to the Program Integrity Tool (PIT) tables. The PIT tables were the only source for claims processed under the Expedited Payment process; as such, there may be instances where we no longer have visibility to certain Expedited Payments processed in fiscal years (FY) 2018–19.
[5] Source: Veterans Health Administration (VHA) Support Service Center (VSSC)/Pyramid Analytics: Diagnosis Cube. Data was pulled 7/31/2023 based on diagnosis codes N46, N96–8, O26.2, and Z31 and limited to ages 18–44, priority groups 1–8D, and verified enrollment status. Because unique patients can span multiple periods of service and be double counted, the uniques by period of service is greater than the sum thereof. Relative to report previous reports, fertility counseling and treatment was pulled from a different source when reports migrated to Pyramid Analytics and included additional international classification of diseases, tenth revision (ICD-10) codes; this more fully captures increases in utilization.

### III. **The Number of Spouses of Veterans Who Received Fertility Treatment or Counseling Furnished by the Department**

From FY 2018–22, a total of 789 spouses received fertility counseling or treatment furnished by VA in the community.[6]

### IV. **The Cost to the Department of Furnishing Fertility Treatment and Counseling, Disaggregated by Cost of Services and Administration**

Fertility counseling and treatment may occur in the natural course of primary and specialty care delivered to Veterans when they are receiving care within the Department. Standard fertility evaluation may include laboratory testing and/or imaging that is also part of routine care. At this point in time, it is not possible to disaggregate all costs that may contribute to a Veteran's fertility evaluation but are not specifically defined as fertility treatments in on-site care. Since nearly all specific fertility evaluation and treatments are referred to non-VA providers in the community, and in keeping with the intent of this request, data include all fertility-related costs for care rendered in the community.

The total 13,784 individuals (12,995 Veterans and 789 spouses) treated incurred $20,882,004 in costs furnished by VA for care in the community (see Table 2 for breakdown by service).

Table 2. The cost to VA of furnishing fertility counseling and treatment in the community, disaggregated by cost of services, FY 2018–2022[7]

| Description of Current Procedural Terminology (CPT) Code (FY23) | Number of Recipients of Treatment | Total Amount Paid Per CPT code | Mean Cost Per Use of CPT |
|---|---|---|---|
| Anesthesia for procedures on male genitalia (including open urethral procedures); not otherwise specified | 802 | $253,178 | $316 |
| Anesthesia for procedures on male genitalia (including open urethral procedures); seminal vesicles | 7 | $1,964 | $281 |

---

[6] Source: Office of Community Care Informatics Team; data from CDS, FBCS, Spatient tables, and the IVF Repository based on procedural and diagnosis codes. Data reflects the number of spouses who received fertility treatments or counseling with claim paid dates from October 1, 2017 to September 30, 2022.

[7] Source: Office of Community Care Informatics Team; data pulled 7/28/2023 from Clinical Decision Support (CDS), FBSC, Spatient tables, and the IVF Repository using procedural and treatment codes for fertility counseling and treatment among patients with a fertility diagnosis. Claims with missing social security numbers were excluded. For this year's report, we no longer have access to the PIT tables, which were the only source for claims processed under the Expedited Payment process; as such, there may be instances where we no longer have visibility to certain Expedited Payments processed in fiscal years (FY) 2018–19.

| Description of Current Procedural Terminology (CPT) Code (FY23) | Number of Recipients of Treatment | Total Amount Paid Per CPT code | Mean Cost Per Use of CPT |
|---|---|---|---|
| Biopsy of testis, needle (separate procedure) | 9 | $4,364 | $485 |
| Biopsy of testis, incisional (separate procedure) | 89 | $106,534 | $1,197 |
| Biopsy of epididymis, needle (Diagnostic Services to Evaluate Potential Infertility) | 3 | $2,230 | $743 |
| Vasotomy, cannulization with or without incision of vas, unilateral or bilateral (separate procedure) (Diagnostic Services to Evaluate Potential Infertility) | 3 | $6,906 | $2,302 |
| Vasotomy for vasograms, seminal vesiculograms, or epididymograms, unilateral or bilateral | 27 | $2,410 | $89 |
| Excision of varicocele or ligation of spermatic veins for varicocele; (separate procedure) | 10 | $4,318 | $432 |
| Electroejaculation | 2 | $855 | $427 |
| Myomectomy, excision of fibroid tumor(s) of uterus, 1 to 4 intramural myoma(s) with total weight of 250 g or less and/or removal of surface myomas; abdominal approach | 6 | $3,187 | $531 |
| Intracervical insemination | 8 | $1,161 | $145 |
| Intrauterine insemination (IUI) | 1,519 | $445,766 | $293 |
| Sperm washing for intrauterine insemination (IUI) | 428 | $36,343 | $85 |
| Catheterization and introduction of saline or contrast material for saline infusion sonohysterography (SIS) or hysterosalpingography | 3,243 | $679,009 | $209 |
| Transcervical introduction of fallopian tube catheter for diagnosis and/or re-establishing patency (any method), with or without hysterosalpingography | 32 | $40,348 | $1,261 |
| Chromotubation of oviduct, including materials | 71 | $35,646 | $502 |
| Hysteroplasty, repair of uterine anomaly (Strassman type) | 1 | $13,155 | $13,155 |
| Laparoscopy, surgical, myomectomy, excision; 1 to 4 intramural myomas with | 5 | $9,973 | $1,995 |

| Description of Current Procedural Terminology (CPT) Code (FY23) | Number of Recipients of Treatment | Total Amount Paid Per CPT code | Mean Cost Per Use of CPT |
|---|---|---|---|
| total weight of 250 g or less and/or removal of surface myomas | | | |
| Hysteroscopy, diagnostic (separate procedure) | 102 | $97,088 | $952 |
| Hysteroscopy, surgical; with lysis of intrauterine adhesions (any method) | 7 | $3,759 | $537 |
| Hysteroscopy, surgical; with division or resection of intrauterine septum (any method) | 1 | $3,525 | $3,525 |
| Laparoscopy, surgical; with lysis of adhesions (salpingolysis, ovariolysis) (separate procedure) | 11 | $18,002 | $1,637 |
| Laparoscopy, surgical; with fulguration or excision of lesions of the ovary, pelvic viscera, or peritoneal surface by any method | 33 | $54,019 | $1,637 |
| Laparoscopy, surgical; with fulguration of oviducts (with or without transection) | 3 | $5,811 | $1,937 |
| Laparoscopy, surgical; with fimbrioplasty | 3 | $13,883 | $4,628 |
| Laparoscopy, surgical; with salpingostomy (salpingoneostomy) | 14 | $58,579 | $4,184 |
| Salpingectomy, complete or partial, unilateral or bilateral (separate procedure) (Diagnostic Services to Evaluate Potential Infertility) | 1 | $689 | $689 |
| Lysis of adhesions (salpingolysis, ovariolysis) | 3 | $2,704 | $901 |
| Fimbrioplasty | 2 | $5,616 | $2,808 |
| Drainage of ovarian cyst(s), unilateral or bilateral (separate procedure); vaginal approach | 6 | $9,920 | $1,653 |
| Follicle Puncture for Oocyte retrieval, any Method (IVF) | 665 | $974,481 | $1,465 |
| Embryo transfer, intrauterine | 515 | $693,003 | $1,346 |
| Vasography, vesiculography, or epididymography, radiological supervision and interpretation | 3 | $36 | $12 |

| Description of Current Procedural Terminology (CPT) Code (FY23) | Number of Recipients of Treatment | Total Amount Paid Per CPT code | Mean Cost Per Use of CPT |
|---|---|---|---|
| Hysterosalpingography, radiological supervision and interpretation | 2,381 | $356,270 | $150 |
| Transcervical catheterization of fallopian tube, radiological supervision and interpretation | 27 | $6,030 | $223 |
| Ultrasound, transvaginal | 3,063 | $1,685,311 | $550 |
| Saline infusion sonohysterography (SIS), including color flow Doppler, when performed | 1,195 | $218,077 | $182 |
| Ultrasound, pelvic (nonobstetric), real time with image documentation; complete | 901 | $258,194 | $287 |
| Echography, pelvic (nonobstetric), B-scan and/or real time with image documentation; limited or follow-up (e.g., for follicles) | 1,829 | $730,274 | $399 |
| Ultrasound, scrotum, and contents | 182 | $13,872 | $76 |
| Ultrasound, transrectal | 33 | $4,036 | $122 |
| Ultrasonic guidance for aspiration of ova, radiological supervision and interpretation | 591 | $133,425 | $226 |
| Chorionic gonadotropin stimulation panel; estradiol response This panel must include the following: Estradiol (82670 x 2 on 3 pooled blood samples) | 1 | $62 | $62 |
| DMD (dystrophin) (e.g., Duchenne/Becker muscular dystrophy) deletion analysis, and duplication analysis, if performed | 266 | $53,455 | $201 |
| ASPA (aspartoacylase) (e.g., Canavan disease) gene analysis, common variants (e.g., E285A, Y231X) | 270 | $15,810 | $59 |
| APC (adenomatous polyposis coli) (e.g., familial adenomatosis polyposis [FAP], attenuated FAP) gene analysis; full gene sequence | 2 | $780 | $390 |
| APC (adenomatous polyposis coli) (e.g., familial adenomatosis polyposis [FAP], attenuated FAP) gene analysis; duplication/deletion variants | 2 | $200 | $100 |

| Description of Current Procedural Terminology (CPT) Code (FY23) | Number of Recipients of Treatment | Total Amount Paid Per CPT code | Mean Cost Per Use of CPT |
|---|---|---|---|
| BCKDHB (branched chain keto acid dehydrogenase E1, beta polypeptide) (e.g., maple syrup urine disease) gene analysis, common variants (e.g., R183P, G278S, E422X) | 156 | $16,854 | $108 |
| BLM (Bloom syndrome, RecQ helicase like) (e.g., Bloom syndrome) gene analysis, 2281del6ins7 variant | 236 | $12,328 | $52 |
| CFTR (cystic fibrosis transmembrane conductance regulator) (e.g., cystic fibrosis) gene analysis; common variants (e.g., ACMG/ACOG guidelines) | 580 | $346,550 | $598 |
| CFTR (cystic fibrosis transmembrane conductance regulator) (e.g., cystic fibrosis) gene analysis; known familial variants | 1 | $97 | $97 |
| CFTR (cystic fibrosis transmembrane conductance regulator) (e.g., cystic fibrosis) gene analysis; duplication/deletion variants | 23 | $9,572 | $416 |
| CFTR (cystic fibrosis transmembrane conductance regulator) (e.g., cystic fibrosis) gene analysis; full gene sequence | 51 | $26,010 | $510 |
| CFTR (cystic fibrosis transmembrane conductance regulator) (e.g., cystic fibrosis) gene analysis; intron 8 poly-T analysis (e.g., male infertility) | 24 | $4,001 | $167 |
| Chromosome Microarray Testing (Non-Oncology Conditions) Cytogenomic (genome-wide) analysis for constitutional chromosomal abnormalities; interrogation of genomic regions for copy number variants, comparative genomic hybridization [CGH] microarray analysis PGT-SR | 18 | $29,062 | $1,615 |
| Genome-wide microarray analysis for copy number and single nucleotide polymorphism (SNP) variants | 9 | $9,210 | $1,023 |

| Description of Current Procedural Terminology (CPT) Code (FY23) | Number of Recipients of Treatment | Total Amount Paid Per CPT code | Mean Cost Per Use of CPT |
|---|---|---|---|
| Chromosome Microarray Testing (Non-Oncology Conditions) Cytogenomic (genome-wide) analysis for constitutional chromosomal abnormalities; interrogation of genomic regions for copy number and loss-of-heterozygosity variants, low-pass sequencing analysis | 1 | $1,160 | $1,160 |
| VKORC1 (vitamin K epoxide reductase complex, subunit 1) (e.g., warfarin metabolism), gene analysis, common variant(s) (e.g., 1639G&gt;A, c.173+1000C&gt;T) | 1 | $850 | $850 |
| PGT hemoglobinopathies (i.e., thalassemias, sickle cell disease) | 177 | $25,974 | $147 |
| PGT Gene analysis (hemoglobin, subunit beta) for known familial variant | 1 | $375 | $375 |
| PGT Molecular pathology procedure, Level 1 | 228 | $20,600 | $90 |
| PGT Molecular pathology procedure, Level 2 | 224 | $47,727 | $213 |
| PGT Molecular pathology procedure, Level 3 | 121 | $17,028 | $141 |
| PGT-M Molecular pathology procedure level 4; Chromosome Microarray Testing (Non-Oncology Conditions) | 85 | $21,700 | $255 |
| PGT Molecular pathology procedure, Level 5 | 205 | $78,449 | $383 |
| PGT Molecular pathology procedure, Level 6 | 216 | $62,041 | $287 |
| PGT Molecular pathology procedure, Level 7 | 149 | $56,864 | $382 |
| PGT Molecular pathology procedure, Level 8 | 120 | $105,049 | $875 |
| PGT Molecular pathology procedure, Level 9 | 272 | $610,443 | $2,244 |

| Description of Current Procedural Terminology (CPT) Code (FY23) | Number of Recipients of Treatment | Total Amount Paid Per CPT code | Mean Cost Per Use of CPT |
|---|---|---|---|
| Ashkenazi Jewish associated disorders (e.g., Bloom syndrome, Canavan disease, cystic fibrosis, familial dysautonomia, Fanconi anemia group C, Gaucher disease, Tay-Sachs disease), genomic sequence analysis panel, must include sequencing of at least 9 genes, including ASPA, BLM, CFTR, FANCC, GBA, HEXA, IKBKAP, MCOLN1, and SMPD1 | 4 | $9,005 | $2,251 |
| Exome sequence analysis | 1 | $4,780 | $4,780 |
| Fetal chromosomal aneuploidy (e.g., trisomy 21, monosomy X) genomic sequence analysis panel, circulating cell-free fetal DNA in maternal blood, must include analysis of chromosomes 13, 18, and 21 | 67 | $56,641 | $845 |
| Fetal chromosomal microdeletion(s) genomic sequence analysis (e.g., DiGeorge syndrome, Cri-du-chat syndrome), circulating cell-free fetal DNA in maternal blood | 6 | $4,099 | $683 |
| Genome (e.g., unexplained constitutional or heritable disorder or syndrome); sequence analysis | 5 | $24,034 | $4,807 |
| Test for detecting genes associated with colon cancer, genomic sequence analysis panel, at least 10 genes | 2 | $1,573 | $786 |
| Test for detecting genes associated with colon cancer, duplication/deletion analysis panel, at least 5 genes | 2 | $1,573 | $786 |
| Genetic testing for severe inherited conditions | 53 | $126,315 | $2,383 |
| Test for detecting genes associated with blood related cancer | 3 | $3,899 | $1,300 |
| Chromosome Microarray Testing (Non-Oncology Conditions) Unlisted molecular pathology procedure PGT | 99 | $100,545 | $1,016 |

| Description of Current Procedural Terminology (CPT) Code (FY23) | Number of Recipients of Treatment | Total Amount Paid Per CPT code | Mean Cost Per Use of CPT |
|---|---|---|---|
| Sequencing-based non-invasive prenatal testing (NIPT) Fetal aneuploidy (trisomy 21, 18, and 13) DNA sequence analysis of selected regions using maternal plasma | 28 | $22,260 | $795 |
| Chemiluminescent assay | 854 | $15,071 | $18 |
| Estradiol | 3,275 | $549,224 | $168 |
| Gonadotropin; follicle stimulating hormone (FSH) | 2,905 | $100,760 | $35 |
| Gonadotropin; luteinizing hormone (LH) | 2,767 | $204,795 | $74 |
| Hydroxyprogesterone, 17-D (synthetic hormone) level | 133 | $3,398 | $26 |
| Immunoassay for analyte other than infectious agent antibody or infectious agent antigen; quantitative, not otherwise specified | 911 | $16,621 | $18 |
| Progesterone (reproductive hormone) level | 2,146 | $283,627 | $132 |
| Prolactin (milk-producing hormone) level | 1,886 | $50,557 | $27 |
| Testosterone; free | 472 | $17,202 | $36 |
| Testosterone; total | 1,649 | $56,324 | $34 |
| Thyroid stimulating hormone (TSH) | 2,391 | $58,957 | $25 |
| Gonadotropin, Chorionic (hCG)– Quantitative | 1,461 | $83,603 | $57 |
| Ovulation tests, by visual color comparison methods for human luteinizing hormone | 2 | $25 | $13 |
| Flow cytometry, cell cycle or DNA analysis | 6 | $550 | $92 |
| Chromosome analysis for breakage syndromes; baseline breakage, score 50-100 cells, count 20 cells, 2 karyotypes (e.g., for ataxia telangiectasia, Fanconi anemia, fragile X) | 2 | $0 | $0 |
| Chromosome analysis; count 5 cells, 1 karyotype, with banding | 3 | $264 | $88 |
| Chromosome analysis; count 15-20 cells, 2 karyotypes, with banding | 159 | $21,838 | $137 |
| Chromosome analysis; count 45 cells for mosaicism, 2 karyotypes, with banding | 1 | $186 | $186 |
| Molecular cytogenetics; DNA probe, each (e.g., FISH) | 5 | $178 | $36 |

| Description of Current Procedural Terminology (CPT) Code (FY23) | Number of Recipients of Treatment | Total Amount Paid Per CPT code | Mean Cost Per Use of CPT |
|---|---|---|---|
| Molecular cytogenetics; interphase in situ hybridization, analyze 25 99 cells | 3 | $102 | $34 |
| Molecular cytogenetics; interphase in situ hybridization, analyze 100 300 cells | 1 | $51 | $51 |
| Chromosome analysis; additional karyotypes, each study | 26 | $871 | $33 |
| Chromosome analysis; additional cells counted, each study | 16 | $423 | $26 |
| Chromosome Microarray Testing (Non-Oncology Conditions) Interpretation and report of cyto/molecular genetic testing PGT | 36 | $1,354 | $38 |
| Culture of oocyte(s)/embryo(s), less than 4 days | 507 | $1,581,149 | $3,119 |
| Culture of oocyte(s)/Embryo(s), less than 4 days; with co-culture of oocyte(s)/embryo(s) | 24 | $64,567 | $2,690 |
| Assisted embryo hatching, microtechniques (any method) | 309 | $355,081 | $1,149 |
| Oocyte identification from follicular fluid | 555 | $710,042 | $1,279 |
| Preparation of embryo for transfer (any method) | 404 | $667,529 | $1,652 |
| Sperm identification from aspiration (other than seminal fluid) | 39 | $15,680 | $402 |
| Cryopreservation; embryo(s) | 441 | $582,518 | $1,321 |
| Cryopreservation; sperm | 276 | $99,866 | $362 |
| Sperm isolation; simple prep (e.g., sperm wash and swim-up) for insemination or diagnosis with semen analysis | 304 | $127,269 | $419 |
| Sperm isolation; complex prep (e.g., Percoll gradient, albumin gradient for insemination or diagnosis with semen analysis | 965 | $546,662 | $566 |
| Sperm identification from testis tissue, fresh or cryopreserved | 105 | $49,652 | $473 |
| Insemination of oocytes (intrauterine insemination) | 146 | $176,758 | $1,211 |
| Extended culture of oocyte(s)/embryo(s),4–7 days | 467 | $897,690 | $1,922 |

| Description of Current Procedural Terminology (CPT) Code (FY23) | Number of Recipients of Treatment | Total Amount Paid Per CPT code | Mean Cost Per Use of CPT |
|---|---|---|---|
| Assisted oocyte fertilization, microtechnique; less than or equal to 10 oocytes | 332 | $843,966 | $2,542 |
| Assisted oocyte fertilization, microtechnique; Greater than 10 oocytes | 206 | $470,838 | $2,286 |
| Biopsy, oocyte polar body or embryo blastomere, microtechnique (for preimplantation genetic diagnosis); less than or equal to 5 embryos | 245 | $765,887 | $3,126 |
| Biopsy, oocyte polar body or embryo blastomere, microtechnique (for preimplantation genetic diagnosis); greater than 5 embryos | 99 | $255,538 | $2,581 |
| Semen analysis presence and/or motility of sperm | 20 | $341 | $17 |
| Semen analysis; motility and count (not including Huhner test) | 352 | $4,905 | $14 |
| Semen analysis volume count motility different | 2,399 | $57,676 | $24 |
| Semen analysis; sperm presence and motility of sperm, if performed | 245 | $3,407 | $14 |
| Semen analysis strict morphologic criteria | 1,763 | $73,760 | $42 |
| Sperm antibodies | 33 | $454 | $14 |
| Sperm evaluation hamster penetration test | 4 | $405 | $101 |
| Sperm evaluation cervical mucous penetration | 7 | $134 | $19 |
| Sperm evaluation retrograde ejaculation urine | 28 | $1,640 | $59 |
| Cryopreservation, reproductive tissue, testicular | 35 | $9,502 | $271 |
| Cryopreservation, mature oocyte(s) | 45 | $49,653 | $1,103 |
| Storage, (per year) for embryo(s) | 247 | $217,365 | $880 |
| Storage, (per year) for sperm/semen | 136 | $64,389 | $473 |
| Storage, (per year) for reproductive tissue, testicular/ovarian | 10 | $4,191 | $419 |
| Storage, (per year) for oocyte(s) | 24 | $14,269 | $595 |
| Thawing of cryopreserved; embryo(s) | 337 | $297,699 | $883 |
| Thawing of cryopreserved; sperm/semen, each aliquot | 215 | $56,676 | $264 |

| Description of Current Procedural Terminology (CPT) Code (FY23) | Number of Recipients of Treatment | Total Amount Paid Per CPT code | Mean Cost Per Use of CPT |
|---|---|---|---|
| Reproductive tissue, testicular/ovarian | 11 | $3,068 | $279 |
| Thawing of cryopreserved; oocytes, each aliquot | 20 | $10,666 | $533 |
| Unlisted reproductive medicine lab procedure | 71 | $14,294 | $201 |
| Counseling for genetic testing | 61 | $9,603 | $157 |
| Reimplantation genetic assessment of embryo by gene sequence analysis of 24 chromosomes for abnormal chromosome number | 3 | $3,750 | $1,250 |
| Cryopreservation; immature oocyte(s) | 2 | $0 | $0 |
| Semen analysis; presence and/or motility of sperm excluding Huhner | 16 | $134 | $8 |
| Injection, chorionic gonadotropin, per 1,000 USP units | 37 | $6,167 | $167 |
| Postcoital direct, qualitative examinations of vaginal or cervical mucous | 1 | $282 | $282 |
| Injection, follitropin beta, 75 IU | 2 | $8,580 | $4,290 |
| Genetic counseling, under physician supervision, each 15 minutes | 3 | $762 | $254 |
| In vitro fertilization cancelled prior to embryo transfer ("freeze all" IVF cycle); including but not limited to identification and incubation of mature oocytes, fertilization with sperm, incubation of embryo(s), and subsequent visualization for determination | 13 | $198,089 | $15,238 |
| Complete in vitro fertilization (IVF) cycle, not otherwise specified, case rate | 21 | $427,021 | $20,334 |
| Frozen in vitro fertilization (IVF) cycle, case rate | 17 | $122,742 | $7,220 |
| Frozen embryo transfer procedure canceled before transfer, case rate | 1 | $5,200 | $5,200 |
| In vitro fertilization (IVF) procedure canceled before aspiration, case rate | 1 | $6,000 | $6,000 |
| In vitro fertilization (IVF) procedure canceled after aspiration, case rate | 7 | $101,901 | $14,557 |
| Assisted oocyte fertilization, case rate | 26 | $163,163 | $6,276 |
| Storage of previously frozen embryos | 17 | $28,040 | $1,649 |

| Description of Current Procedural Terminology (CPT) Code (FY23) | Number of Recipients of Treatment | Total Amount Paid Per CPT code | Mean Cost Per Use of CPT |
|---|---|---|---|
| Microsurgical epididymal sperm aspiration (MESA) | 6 | $19,847 | $3,308 |
| Sperm procurement and cryopreservation services; initial visit | 1 | $2,200 | $2,200 |
| Sperm procurement and cryopreservation services; subsequent visit | 5 | $24,350 | $4,870 |
| Stimulated intrauterine insemination (IUI), case rate | 17 | $72,571 | $4,269 |
| Cryopreserved embryo transfer, case rate | 3 | $29,750 | $9,917 |
| Monitoring and storage of cryopreserved embryos, per 30 days | 8 | $3,909 | $489 |
| Management of ovulation induction (interpretation of diagnostic tests and studies, non-face- to-face medical management of the patient), per cycle | 90 | $165,850 | $1,843 |

V. **The Average Cost to the Department per Recipient of Fertility Treatment and Counseling**

Care in the community costs the Department an average (mean) of $120 per recipient for fertility counseling and treatment.[8] This cost reflects the mean of all fertility treatments and counseling provided to Veterans. Much of the care is counseling and evaluation, resulting in a relatively lower overall cost in comparison to actual treatments.

VI. **In Cases in Which the Department Furnished Fertility Treatment Through the Use of Assisted Reproductive Technology, the Average Number of Cycles Per Person Furnished Disaggregated by Type of Treatment**

In cases where the Department furnished fertility treatment using ART, 665 patients had oocytes retrieved (3.10 cycles per patient) and 541 patients had a total of 1,252 embryo transfers completing a cycle of IVF (2.31 cycles per person) (see Table 3). Embryos were biopsied and sent for preimplantation genetic testing 3,107 times for 838 patients (3.70 cycles per patient on average). A total of 507 patients used intracytoplasmic sperm injection (ICSI), in which a single healthy sperm cell is selected and injected into a mature egg cell (2.11 cycles per person on average).

---

[8] *Ibid.*

Table 3. The average number of cycles furnished through ART, disaggregated by type of treatment, FY 2018–22[9]

| Description of current procedural terminology (CPT) code | Number of Procedures | Number of Patients with Oocytes and Uteri | Number of Patients with Sperm | Average Number of Cycles |
|---|---|---|---|---|
| Oocyte Retrieval | 2,059 | 665 | | 3.10 |
| Oocyte Prep: identification from ovarian fluid | 1,179 | 555 | | 2.12 |
| Intracytoplasmic sperm injection (ICSI) | 1,069 | | 507 | 2.11 |
| Embryo Prep | 790 | 404 | | 1.96 |
| Culture of Oocytes/Embryos | 2,084 | 576 | | 3.62 |
| Assisted Embryo Hatching | 623 | 309 | | 2.02 |
| Preimplantation Genetic Testing (PGT) | 2,695 | 714 | | 3.77 |
| PGT | 412 | | 124 | 3.32 |
| In vitro fertilization (IVF)—Intrauterine embryo transfer | 1,252 | 541 | | 2.31 |
| Oocyte Cryopreservation & Storage | 150 | 65 | | 2.31 |
| Sperm Cryopreservation & Storage | 1,329 | | 593 | 2.24 |
| Ovarian Tissue Cryopreservation & Storage | 14 | 8 | | 1.75 |
| Testicular Tissue Cryopreservation & Storage | 25 | | 13 | 1.92 |
| Embryo Cryopreservation & Storage | 1,848 | 543 | | 3.40 |
| Cancelled Cycle | 58 | 21 | | 2.76 |

[9] *Ibid.*

VII.    **A Description of How Fertility Treatment and Counseling Services of the
Department are Coordinated with Similar Services of the Department of
Defense**

Although VA's expanded fertility counseling and treatment for ~~ART similar~~ to the
services provided by DoD, the counseling and treatment are provided separately rather
than in a coordinated fashion with DoD. Any couple with one Veteran and one member
of the Armed Forces who is on active duty may choose to utilize their entitlement to
DoD medical benefits rather than obtaining care through VA or vice versa.

VIII.   **The Number of Women Veterans Who are Ineligible for In Vitro Fertilization
Treatment or Other Forms of Assisted Reproductive Services Currently
Provided by the Department for Certain Veterans, Disaggregated by State
of Residence, Race, Age, and Marital Status**

For fertility counseling and treatment, the VA provider screens Veterans to determine if
they meet the criteria for infertility benefits under VA's special authority (38 C.F.R. §
17.380), including in vitro fertilization (IVF) and other forms of assisted reproductive
technology (ART). Women and gender-diverse Veterans may be ineligible for service-
connected infertility benefits, including ART/IVF, if they are in a same-sex relationship
(i.e., they have same-sex gametes: eggs or sperm), single or otherwise require the use
of donated gametes, donor embryos or gestational surrogacy. They are also ineligible if
they do not have a service-connected condition adjudicated by the Veterans Benefits
Administration (VBA) or VA cannot establish a documented causal link between their
service-connected condition, or treatment thereof, and a clinical diagnosis of infertility.
For those who do not meet the strict criteria for infertility benefits under VA's special
authority, providers will place a consult for general fertility and counseling benefits under
the Medical Benefits Package (38 C.F.R. § 17.38).

Because so few individuals meet eligibility criteria for infertility benefits under VA, the
sociodemographic characteristics of total population of those with a fertility diagnosis
within VHA serve as sufficient proxy for t women and gender-diverse Veterans who
might seek the benefit but are ineligible.

In examining sociodemographic characteristics from FY 2018–22, the geographic
distribution by fertility diagnosis reflects the overall population of VHA users with the
capacity for pregnancy.10 Approximately half (51.5%) of women and gender-diverse
Veterans of reproductive age (18–44) with a fertility-related diagnosis resided in the
South; one-quarter (23.8%) resided in the West; the remaining quarter was split

---

[10] VA is in the process of collecting gender identity. As of 7/31/2023, only 7.4% of unique Veterans ages
18–44 in priority groups 1–8D who were listed as female identified as "woman." Over 2/3 of Veterans
ages 18–44 in priority groups 1–8D (67.5%) have their gender listed as "Unknown" or "Prefer not to
answer." Because some people changed their sex in their electronic health record prior to the inclusion of
a separate gender category, some Veterans do not have a variable in their electronic health record
corresponding to their reproductive potential.

between the Northeast (11.3%) and Midwest (12.7%) (see Figure 1 and Table 4). Almost half (49.7%) of Veterans with the capacity for pregnancy who have a fertility-related diagnosis were people of color; approximately an eighth identified as Hispanic or Latinx/e (12.9%) (see Table 5 and Figure 2). Similar to the overall population aged 25–44, most of this group were between the ages of 25–44 at the time of diagnosis (see Table 6 and Figure 3). Data on marital status was not systematically collected.

Figure 1. Proportion of Veterans with the capacity for pregnancy using VHA with a fertility-related diagnosis in FY 2018–22 by region[11]



[11] Source: VSSC/Pyramid Analytics: Diagnosis Cube. Data was pulled on 7/31/23 based on diagnosis codes between FY2018–22 and limited to ages 18–44, priority 1–8D, period of service, and enrollment among patients listed as female. Other includes Armed Forces the Americas (AA); Armed Forces Africa, Armed Forces Canada, Armed Forces Europe, and Armed Forces Middle East (AE); Armed Forces Pacific (AP); American Samoa (AS); Guam (GU); Northern Mariana Islands (MP); and U.S. Virgin Islands (VI).

| U.S. state, territory, and District of Columbia | VHA users with the capacity for pregnancy with a fertility-related diagnosis [12] (%) | All VHA users with the capacity for pregnancy [13] (%) | U.S. state, territory, and District of Columbia | VHA users with the capacity for pregnancy with a fertility-related diagnosis (%) | All VHA users with the capacity for pregnancy (%) |
|---|---|---|---|---|---|
| Texas | 12.2 | 13.8 | Massachusetts | 1.0 | <1.0 |
| Florida | 9.1 | 8.9 | Idaho | <1.0 | <1.0 |
| California | 8.5 | 8.0 | Kansas | <1.0 | <1.0 |
| Georgia | 5.8 | 6.2 | Kentucky | <1.0 | <1.0 |
| North Carolina | 5.1 | 5.2 | Mississippi | <1.0 | <1.0 |
| Virginia | 4.2 | 4.9 | Utah | <1.0 | <1.0 |
| Washington | 3.3 | 2.5 | Arkansas | <1.0 | <1.0 |
| New York | 2.9 | 2.4 | Connecticut | <1.0 | <1.0 |
| South Carolina | 2.8 | 2.7 | Hawaii | <1.0 | <1.0 |
| Colorado | 2.6 | 2.4 | Montana | <1.0 | <1.0 |
| Arizona | 2.5 | 2.4 | New Mexico | <1.0 | <1.0 |
| Maryland | 2.4 | 2.2 | Other[14] | <1.0 | <1.0 |
| Illinois | 2.3 | 2.1 | Iowa | <1.0 | <1.0 |
| Ohio | 2.3 | 2.5 | Nebraska | <1.0 | <1.0 |
| Tennessee | 2.2 | 2.4 | Alaska | <1.0 | <1.0 |
| Pennsylvania | 2.1 | 2.2 | New Hampshire | <1.0 | <1.0 |
| Minnesota | 1.9 | 1.1 | West Virginia | <1.0 | <1.0 |
| Michigan | 1.6 | 1.6 | District of Columbia | <1.0 | <1.0 |
| Nevada | 1.6 | 1.3 | Delaware | <1.0 | <1.0 |
| Alabama | 1.5 | 2.1 | Maine | <1.0 | <1.0 |
| Louisiana | 1.5 | 1.4 | Puerto Rico | <1.0 | <1.0 |

Table 4. Proportion of Veterans with the capacity for pregnancy using VHA in FY 2018–22 by U.S. state, territory, and District of Columbia

[12] *Ibid.*
[13] Source: VSSC/Pyramid Analytics: Unique Patients Cube. Data was pulled on 7/31/23 and limited to unique Veterans listed as female, ages 18–44, priority 1–8D.
[14] Other includes Armed Forces the Americas (AA); Armed Forces Africa, Armed Forces Canada, Armed Forces Europe, and Armed Forces Middle East (AE); Armed Forces Pacific (AP); American Samoa (AS); Guam (GU); Northern Mariana Islands (MP); U.S. Virgin Islands (VI).

| Missouri | 1.5 | 1.7 | South Dakota | <1.0 | <1.0 |
| Oklahoma | 1.4 | 1.6 | North Dakota | <1.0 | <1.0 |
| Wisconsin | 1.4 | 1.4 | Rhode Island | <1.0 | <1.0 |
| New Jersey | 1.3 | 1.0 | Wyoming | <1.0 | <1.0 |
| Indiana | 1.2 | 1.2 | Vermont | <1.0 | <1.0 |
| Oregon | 1.1 | 1.1 | | | |

Table 5. Proportion of Veterans with the capacity for pregnancy within VHA in FY 2018–22 by race/ethnicity

| Race/ethnicity | VHA users with the capacity for pregnancy who have a fertility-related diagnosis[15] (%) | All VHA users with the capacity for pregnancy[16] (%) |
| --- | --- | --- |
| White | 50.4 | 52.3 |
| Black or African American | 32.7 | 28.5 |
| Hispanic or Latinx/e[17] | 12.9 | 13.8 |
| Unknown/declined to answer | 8.6 | 11.4 |
| Asian | 3.0 | 2.7 |
| Multiple races | 2.7 | 2.5 |
| Native Hawaiian or other Pacific Islander | 1.5 | 1.4 |
| American Indian or Alaskan Native | 1.2 | 1.2 |

VHA, Veterans Health Administration. FY, fiscal year.

---

[15] Source: VSSC/Pyramid Analytics: Diagnosis Cube. Data was pulled on 7/31/23 based on diagnosis codes between FY2018–22 and limited to ages 18–44, priority 1–8D, period of service, and enrollment among patients listed as female.

[16] Source: VSSC/Pyramid Analytics: Unique Patients Cube. Data was pulled on 7/31/23 and limited to unique Veterans listed as female, ages 18–44, priority 1–8D.

[17] Hispanic or Latinx/e individuals can be of any race.

Figure 2. Proportion of VHA users with the capacity for pregnancy within VHA in FY 2018–22 by race/ethnicity[18]



Table 6. Proportion of Veterans with the capacity for pregnancy using VHA in FY 2018–22 by age

| Age | VHA users with the capacity for pregnancy with a fertility-related diagnosis[19] (%) | All VHA users with the capacity for pregnancy[20] (%) |
|---|---|---|
| 18–24 | 3.6 | 4.2 |
| 25–34 | 47.1 | 38.1 |
| 35–44 | 49.4 | 57.7 |

VHA, Veterans Health Administration. FY, fiscal year.

Figure 3. Proportion of Veterans with the capacity for pregnancy using VHA in FY 2018–22 by age[21]

---

[18] Sources: VSSC/Pyramid Analytics: Unique Patients Cube and Diagnosis Cube. Hispanic or Latinx/e individuals can be of any race.

[19] Source: VSSC/Pyramid Analytics: Diagnosis Cube. Data was pulled on 7/31/23 based on diagnosis codes   between FY2018–22 and limited to ages 18–44, priority 1–8D, period of service, and enrollment status among patients listed as female. Because unique patients can receive diagnoses at multiple discrete points in time and be double counted, the uniques by date of diagnosis is greater than the sum thereof.

[20] Source: VSSC/Pyramid Analytics: Unique Patients Cube. Data was pulled on 7/31/23 and limited to unique Veterans listed as female, ages 18–44, priority 1–8D.

[21] Sources: VSSC/Pyramid Analytics: Unique Patients Cube and Diagnosis Cube.



IX.   **Conclusion**

VA is committed to providing care to all Veterans seeking fertility counseling and treatment to the extent authorized by law. Within VA, the use of fertility counseling and treatment benefits through VA for all eligible and enrolled Veterans has increased over time. Since 2017, VA has been able to provide infertility benefits, under VA's special authority, including ART/IVF and IUI, to certain eligible Veterans and their spouses. Through a combination of services in VA medical facilities and the community, VA continues to enhance fertility counseling and treatment for Veterans who wish to pursue family building to improve their quality of life.

Department of Veterans Affairs

September 2023