# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2024

May 2, 2024

**VIA ECF**
**The Honorable Valerie E. Caproni**
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

          Re:   *NOW-NYC v. U.S. Dept. of Def.*,
                No. 23-CV-6750 (VEC)

Dear Judge Caproni:

      Plaintiff writes respectfully to request leave for two law student interns to argue on its behalf during the oral argument scheduled for Thursday, May 30, 2024. *See* Individual Practices in Civil Cases, 3(C)(iii). Defendants do not object to this request.

      Plaintiff asks that the Court allow both K.N. McCleary and Grace Sullivan to argue under the supervision of attorneys Michael J. Wishnie, Natalia Friedlander, and Priscilla J. Smith in the above-captioned matter. K.N. McCleary graduates from Yale Law School this year and will sit for the Montana Bar in July 2024. Grace Sullivan graduates from Yale Law School this year and will sit for the New York Bar in July 2024. The Court has authorized both to appear as law students. ECF Nos. 22, 24.

      We thank the Court for its consideration of this request.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Michael J. Wishnie* | */s/ Priscilla J. Smith* |
| Natalie Geismar, Law Student Intern | Donovan Bendana, Law Student Intern |
| K.N. McCleary, Law Student Intern | Rosemary Coskrey, Law Student Intern |
| Renée Mihail, Law Student Intern | Trudel Pare, Law Student Intern |
| Mira Ortegon, Law Student Intern | Grace Sullivan, Law Student Intern |
| Briana Thompson, Law Student Intern | Priscilla J. Smith, PS6961 |
| Natalia Friedlander, *Pro hac vice* | Reproductive Rights and Justice Project |
| Michael J. Wishnie, MW1952 | Information Society Project |
| Veterans Legal Services Clinic | Yale Law School |
| Yale Law School | 319 Sterling Pl. |
| P.O. Box 209090 | Brooklyn, NY 11238 |
| New Haven, CT 06520-9090 | (347) 262-5177 |
| (203) 432-4800 | priscilla.smith@ylsclinics.org |
| michael.wishnie@ylsclinics.org | |

cc: Tomoko Onozawa, Counsel for Defendants (via ECF)

P.O. BOX 209090, NEW HAVEN, CONNECTICUT 06520-9090 • TELEPHONE 203 432-4800 • FACSIMILE 203 432-1426

COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CONNECTICUT 06511

Application GRANTED. Law students K.N. McCleary and Grace Sullivan may argue under the supervision of counsel at the oral argument scheduled for Thursday, May 30, 2024, at 2:30 P.M.

SO ORDERED.

5/6/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE