```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
NATIONAL ORGANIZATION FOR WOMEN-  :
NEW YORK CITY,                                                 :
                                                                          :
                                              Plaintiff,         :
                  -against-                                     :          23-CV-6750 (VEC)
                                                                          :
UNITED STATES DEPARTMENT OF              :          ORDER
DEFENSE, and UNITED STATES                   :
DEPARTMENT OF VETERANS AFFAIRS,    :
                                                                          :
                                                                          :
                                              Defendants.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS oral argument on Defendants' Motion to Dismiss the Amended Complaint, Dkt. 51, is scheduled for Thursday, May 30, 2024, at 2:30 P.M., *see* Order, Dkt. 54; and

WHEREAS that timing is no longer convenient for the Court;

IT IS HEREBY ORDERED that the oral argument is moved from Thursday, May 30, 2024, at 2:30 P.M. to **Thursday, May 30, 2024, at 2:45 P.M.**

**SO ORDERED.**

**Date: May 14, 2024**                                           **VALERIE CAPRONI**
**New York, New York**                                       **United States District Judge**