

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2024
```

November 26, 2024

**MEMO ENDORSED**

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *National Organization for Women-New York City v.*
       *U.S. Department of Defense*, et al., 23 Civ. 6750 (VEC)

Dear Judge Caproni:

This Office and the Department of Justice's Civil Division represent defendants U.S. Department of Defense and U.S. Department of Veterans Affairs (together, "Defendants") in the above-referenced action commenced by plaintiff National Organization for Women-New York City ("Plaintiff"). We write respectfully to request a one-week extension of the parties' joint status report, as required by the Court's Opinion and Order dated October 31, 2024 (ECF No. 79), from November 29, 2024, to **December 6, 2024**. The parties met and conferred on November 21, 2024. The extension is requested to allow Defendants additional time to confer about next steps in light of the matters discussed with Plaintiff and given absences associated with this week's Thanksgiving holiday. This is Defendants' first request for an extension of the joint status report deadline. Plaintiff consents to this request.

We thank the Court for its consideration of this letter.

Respectfully submitted,

BRYAN M. BOYNTON
Principal Deputy Assistant Attorney
General

JULIE STRAUS HARRIS
Assistant Branch Director

By: */s/ Laura B. Bakst*
    LAURA B. BAKST
    JOHN J. ROBINSON
    1100 L Street, NW
    Washington, DC 20005
    Phone: (202) 514-3183
    E-mail: laura.b.bakst@usdoj.gov
            john.j.robinson@usdoj.gov

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: */s/ Tomoko Onozawa*
    TOMOKO ONOZAWA
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Phone: (212) 637-2721
    E-mail: tomoko.onozawa@usdoj.gov

cc:   All Counsel of Record (via ECF)

Application GRANTED.  The parties' deadline to file a status report pursuant to the Court's Order at Dkt. 79 is ADJOURNED from Friday, November 29, 2024, to **Friday, December 6, 2024**.

SO ORDERED.

11/26/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE