UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL ORGANIZATION FOR WOMEN-NEW YORK CITY,

                Plaintiff,

            v.

UNITED STATES DEPARTMENT OF DEFENSE, and UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,

                Defendants.

23 Civ. 6750 (VEC)

**STIPULATION OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the Stayed Claims that were not addressed in the Court's Opinion and Order dated October 31, 2024 (ECF No. 79 at 8, n.7)—specifically, the Marriage Requirement, the Member Gamete Requirement, and the Coital Requirement, as those terms are defined in the Court's endorsed orders dated January 2, 2024, March 13, 2024, and April 9, 2024 (ECF Nos. 31, 50, 56)—against defendants United States Department of Defense and United States Department of Veterans Affairs are voluntarily dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       December 3, 2024

**For Plaintiff National Organization of Women-NYC:**

By:  /s/ Michael J. Wishnie
     Mira Ortegon, Law Student Intern
     Briana Thompson, Law Student Intern
     Natalia Friedlander, *Pro hac vice*
     Michael J. Wishnie
     Veterans Legal Services Clinic
     Yale Law School
     P.O. Box 209090
     New Haven, CT 06520-9090
     Tel:: (203) 432-4800
     E-mail: michael.wishnie@ylsclnics.org

By:  /s/ Priscilla J. Smith
     Donovan Bendana, Law Student Intern
     Priscilla J. Smith
     Reproductive Rights and Justice Project
     Information Society Project
     Yale Law School
     319 Sterling Place
     Brooklyn, NY 11238
     Tel.: (347) 262-5177
     E-mail: priscilla.smith@ylsclinics.org

**For Defendants U.S. Department of Defense and U.S. Department of Veterans Affairs:**

BRYAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

By:  [signature]
     LAURA B. BAKST
     JOHN J. ROBINSON
     1100 L Street, NW
     Washington, DC 20005
     Phone: (202) 514-3183
     E-mail: laura.b.bakst@usdoj.gov
             john.j.robinson@usdoj.gov

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:  [signature]
     TOMOKO ONOZAWA
     Assistant United States Attorney
     86 Chambers Street, 3rd Floor
     New York, NY 10007
     Phone: (212) 637-2721
     E-mail: tomoko.onozawa@usdoj.gov