USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_______________
DATE FILED: 12/5/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL ORGANIZATION FOR WOMEN-NEW YORK CITY,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF DEFENSE, and UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,

Defendants.

23 Civ. 6750 (VEC)

MEMO ENDORSED

**STIPULATION OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the Stayed Claims that were not addressed in the Court's Opinion and Order dated October 31, 2024 (ECF No. 79 at 8, n.7)—specifically, the Marriage Requirement, the Member Gamete Requirement, and the Coital Requirement, as those terms are defined in the Court's endorsed orders dated January 2, 2024, March 13, 2024, and April 9, 2024 (ECF Nos. 31, 50, 56)—against defendants United States Department of Defense and United States Department of Veterans Affairs are voluntarily dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York
December 3, 2024

**For Plaintiff National Organization of Women-NYC:**

By: /s/ Michael J. Wishnie
Mira Ortegon, Law Student Intern
Briana Thompson, Law Student Intern
Natalia Friedlander, *Pro hac vice*
Michael J. Wishnie
Veterans Legal Services Clinic
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
Tel:: (203) 432-4800
E-mail: michael.wishnie@ylsclnics.org

By: /s/ Priscilla J. Smith
Donovan Bendana, Law Student Intern
Priscilla J. Smith
Reproductive Rights and Justice Project
Information Society Project
Yale Law School
319 Sterling Place
Brooklyn, NY 11238
Tel.: (347) 262-5177
E-mail: priscilla.smith@ylsclinics.org

**For Defendants U.S. Department of Defense and U.S. Department of Veterans Affairs:**

BRYAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

By: [signature]
LAURA B. BAKST
JOHN J. ROBINSON
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-3183
E-mail: laura.b.bakst@usdoj.gov
john.j.robinson@usdoj.gov

DAMIAN WILLIAMS
United States Attorney for the Southern District of New York

By: [signature]
TOMOKO ONOZAWA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Phone: (212) 637-2721
E-mail: tomoko.onozawa@usdoj.gov

Application GRANTED. The stay imposed by the Court's Orders at Dkts. 31 and 50 is hereby LIFTED. Plaintiff's claims pertaining to the Marriage Requirement, the Member Gamete Requirement, and the Coital Requirement are DISMISSED without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

12/5/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE